**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01712-REB-BNB

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

    Plaintiff,

v.

WILLIAM RUIZ,
STEVEN DOMINIC SARAGOSA, and
LISA SARAGOSA,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On December 6, 2005, the parties filed a **Stipulated Motion to Dismiss With Prejudice** [#20].  After careful review of the stipulation and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion to Dismiss With Prejudice** [#20], filed on December 6, 2005, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 7, 2005, at Denver, Colorado.

                BY THE COURT:

                s/ Robert E. Blackburn
                Robert E. Blackburn
                United States District Judge